[No. 67616-4-I.   Division One.   April 1, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PERNELL LAMONT FINLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-01077-3, Hollis R. Hill, J., entered August 19, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Verellen, JJ.

[No. 67821-3-I.   Division One.   April 1, 2013.]

NICHOLE POLETTI, *as Executor, Respondent*, v. OVERLAKE HOSPITAL MEDICAL CENTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-07948-1, Suzanne M. Barnett, J., entered September 23, 2011. *Reversed* by unpublished opinion per Becker, J., concurred in by Cox and Verellen, JJ. Now published at 175 Wn. App. 828.

[No. 68004-8-I.   Division One.   April 1, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. JUDITH MORRIS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00131-2, Ronald L. Castleberry, J., entered November 10, 2011. *Reversed* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Schindler, JJ.

[No. 68066-8-I.   Division One.   April 1, 2013.]

KIDDER MATHEWS & SEGNER, INC., *Respondent*, v. HARBOR MARINE MAINTENANCE & SUPPLY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-10445-1, Richard T. Okrent, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Becker, JJ.